Copy

# Marino & Veneziano
### ATTORNEYS AT LAW
163 West 71st Street
New York, New York 10023

Amelio P. Marino        (212) 873-7297        Fax: (212) 721-9060
Ronald J. Veneziano       (212) 873-7298

*[USDC SDNY stamp: DOCUMENT ELECTRONICALLY FILED, DOC #: ___, DATE FILED: 7/24/08]*

July 22, 2008

To:     Honorable Judge Gerard E. Lynch
        500 Pearl Street
        New York, NY 10013

                             RE:     United States of America vs.
                                           Johnny Walters 07cr.887-01(gel)

Please be advised that I am requesting that the sentence of Johnny Walters be adjourned from July 12, 2008 to August 20, 2008 *at 12:30 p.m.* at a time convenient to the court. *The AUSA has consented to this adjournment.*

The reason I am requesting the adjournment is that I am actually on trial in New York State Court in the matter of Andre Smalls (criminal case).

In addition, I received the probation report on July 12, 2008 and I am preparing a sentence report on behalf of Johnny Walters.

Dated: New York, New York
          July 21, 2008                                              Respectfully,

                *SO ORDERED*
                [signature]                                   [signature]
       GERARD E. LYNCH, U.S.D.J.               Amelio P. Marino
                  7/24/08                                       Marino & Veneziano
                                                               163 West 71st St.
                                                               New York, NY. 10023