Honorable Gerard E. Lynch　　　　　　　　　　　　　　　　April 28, 2008
Southern District of New York
United States Courthouse
500 Pearl street N.Y. N.Y. 10007

RE: Lenience Upon Sentencing Johnny Walters

Dear Honorable Judge Lynch:

My nephew Johnny Walters AKA Pete is currently incarcerated at MDC Brooklyn NY. since August 2007.

Johnny is due to come before the Judge for sentencing on his guilty plea any day now.

I'm not only asking, but I'm pleading and would appreciate any type of leniency that could be given on behalf of Johnny.

I've known Johnny since he was born and have watched him grow into a man, not a perfect man -, but a man who has done his best to take care of himself and his family.

His youngest son recently lost his mother, and to think of him without his father for his entire young life is devasting.

Again I ask for leniency for Johnny and his family.

Sincerely,
Vanessa Townsend
(Aunt)

BASIL CHAPMAN
Notary Public, State of New York
No. 01CH6168281
Qualified in New York County
Commission Expires June 11, 2011

State of New York )
County of New York ) ss.:

April 6, 2008

Honorable Gerard E. Lynuch
Southern District Of New York
United State Courthouse
500 Pearl Street
New York, N.Y. 10007

I'm writing to you on the behalf of my cousin Johnny Walters. Who is Presently Incarcerated at the MDC in Brooklyn, New York. I wish to state that my cousin Johnny is very Respectful, Loving and Dedicated Individual that loves his family. I would hate for Johnny to be so long gone away from this family. I understand the seriousness of the crime, but all I can ask of you, is to please have lenience upon the sentencing of Johnny Walters. He has a family that needs so much and misses him dearly.

Sincerely,
*Francine Bagley*
Francine Bagley

Sworn to before me
this 21st day of May, 2008

*Tracey Bing-Hampson*
Notary Public

TRACEY BING-HAMPSON
Notary Public, State of New York
No. 02BI6015894
Qualified in ~~Queens~~ County of Bronx
Commission Expires November 9, ~~2009~~ 10

**Simone Walters**
**60 East 106th Street**
**New York, NY 10029**

April 16, 2008

Honorable Judge Gerard E. Lynch
Southern District of New York State Senate
United State Courthouse
500 Pearl Street
New York, NY 10007

RE: Lenience upon sentence of Johnny Walters

I am writing on behalf of my brother Johnny Walters, presently incarcerated at MDC in Brooklyn New York. As the realization sets, in I am becoming more and more emotional, knowing Johnny is due to come up for sentencing.

Your Honor, please have mercy on my brother, friend and one of the best father's I've ever known. I fully understand the seriousness of committing crimes and crime is punishable by law. Please take in consideration my nephew Jonathan Walters is four years old. Jonathan's mother passed away in January of 2007 leaving Johnny with custody. Now Jonathan is without a mother and father and not old enough to understand. I'll always do my best to get him to visit his father. I ask you again to please your honor have leniency in the sentencing of Johnny Walters.

Sincerely,

Simone Walters
(sister)

*[signature: Simone Walters]*

*[seal/signature: Brenda J. Barrett]*
Commissioner of Deeds, City of New York
No. 1-6681
Cert. Filed in New York County
Commission Expires Sept. 1, 2009

Honorable Gerard E. Lynch  
Southern District of New York  
United State Court House  
500 Pearl Street  

June 16, 2008

Re: Johnny Walters

Dear Judge Lynch:

My name is Naomi Walters I'm writing you on behalf of my cousin Johnny Walters. Johnny and I are very close. We lived together when we were children during the years we have developed a close bond. I've been to visit him several times since his incarceration. I would love to continue visiting as much as possible.

Your honor I'm asking you to please have lenience upon the placement and sentencing on my cousin and friend.

Thank you  
Naomi Walters

*Naomi Walters*  
*Naomi Walters*

BETHLEHEM BELATCHEW  
Notary Public - State of New York  
NO. 01BE6186625  
Qualified in Queens County  
My Commission Expires 5-12-12

*Bethlehem B. Belatchew*  
7/8/08

**BILL PERKINS**
SENATOR, 30TH DISTRICT

RANKING MINORITY MEMBER:
CORPORATIONS, AUTHORITIES &
COMMISSIONS

COMMITTEES:
CIVIL SERVICE & PENSIONS
CODES
JUDICIARY
LABOR
TRANSPORTATION

# NEW YORK STATE SENATE
ALBANY, NEW YORK 12247



**ALBANY OFFICE**
617 LEGISLATIVE OFFICE BUILDING
ALBANY, NEW YORK 12247
518-455-2441
FAX 518-426-6809

**DISTRICT OFFICE**
STATE OFFICE BUILDING
163 WEST 125TH STREET
SUITE 912
NEW YORK, NEW YORK 10027
212-222-7315
FAX 212-678-0001
E-MAIL
PERKINS@SENATE.STATE.NY.US

April 16, 2008

Honorable Judge Gerard E. Lynch
Southern District of New York State Senate
United State Courthouse
500 Pearl Street
New York, NY 10007

RE: Johnny Walters

I am writing on behalf on my nephew Johnny Walters, presently incarcerated at MDC in Brooklyn New York. He has been there since August 2007.

Your honor I implore you to please have mercy on my nephew. He has a son Jonathan who is four years old and needs his father. Jonathan's mother passed away in January 2007 leaving Johnny with custody. Now Jonathan is without a mother and a father. I understand the seriousness of committing crimes and one should be punished, but please take into consideration the circumstances of his family situation. Again please have mercy on Johnny Walters.

Thank You

Brenda Barrett

Sidney E. Cusberth
Notary Public State of New York
No. 01CU5892225
Qualified in Bronx County
Commission Expires September 30, 20 10

June 27, 2008

April 25, 2008

Honorable Gerard E. Lynch

Southern District of New York

United State Courthouse

500 Pearl Street New York, NY 10007

RE: Lenience Upon Sentencing Johnny Walters

Dear Honorable Judge Lynch:

I have known Johnny and his family since he was a baby. Johnny is a loving and respectful son to his mother as well as all mothers. Johnny is a good father and a loving brother. Johnny has a good heart and a sweet spirit.

Your Honor, Johnny's' children and mother need him. Johnny is such a huge help that is absence will have a damaging affect; especially on his youngest son who has already lost his mother. Johnny is mindful of community and his responsibilities.

Please restore this young man to his family as soon as you deem it possible.

Sincerely,

Ruthann Cohen-Aikens

GLADYS VELEZ
Notary Public, State of New York
No. 01VE6171272
Certificate Filed in New York County
Commission Expires July 23, 2011