# Marino & Veneziano
**ATTORNEYS AT LAW**
163 West 71st Street
New York, New York 10023

| | | |
|---|---|---|
| Amelio P. Marino | (212) 873-7297 | Fax: (212) 721-9060 |
| Ronald J. Veneziano | (212) 873-7298 | |

August 18, 2008

To: Honorable Judge Gerard E. Lynch
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RE: Johnny Walters
07cr88701(gel)

Enclosed please find 3 additional letters for Johnny Walter.

Respectfully,

Amelio P. Marino

CC: USA Marissa B. Mole
One St. Andrews Plaza
New York, New York 10007

She had HIV. That started
Drug and Alcohol alot. Afte
had a fire at her Apartme
into the shelter. So now I
my son while I went to
After that my s
away from AiDs. Now I o
out, I have to explain thin
Not sure if I was infected
if I had infected my wife.
really really crazy. I just w
but with the Help of my w
went and got tested and the
Wife and son are all O.K.
IN the cause of
was backing up. I was renti
and my son was staying, un
get out of the Shelter. The
one room and me and my s
thing was very hard. I wo
year old son outside unt. l

pg 3

I started getting high as much as I could when ever, I could mainly when my wife was not around and late at Night when my son was asleep. All this caused very poor decision making. I used very Extremely bad judgement and that's why I am in MDC today. I set out to right my wrongs by first agreeing to cooperate with the DA. I was willing to testify against my co-Defendew if our case was to go to trail. I went to four profit hearing but my knowledge of what was going on in the Drug world was very limited. Person being I was done with the Drug life after my last arrest in 1999. I was even willing to work as a CI because my days as a Drug dealer was over since 1999 and I don't care how people who live that life think about ME. I live for my family. My family means more to me then anything in this world. I have Been in Jail since August 21, 2007. I have not had any problem with staff or inmates. Out of all my times being lock up, I have only recieved one ticket and that was for a Curfew Violation. I am not a violent person, I am a very Nice person who just had a Hard life.

Very Truly Yours
JOHNNY L Waites
Reg # 60323-054

Johnny Waites
Thank You

3-19-08

Dear, Big Nuts

what's up Just want to say that I miss you so much and I wanted you to know that. I love you with Soul and I can't wait to see you. I been stress out that you been gone for so long you never been gone this long. I'm crying right now cause I miss U and love you and went you to come home you push me to do my best. I been doing bad in school because I can't stop thinking about you and nobody can push me like you can. I'm not scard of nobody but god. you used to do the best you also could do for this family everybody good I'm tryin you never have to be stress, I'm never going to do or sell drugs. I'm trying my best to be strong your little Nuts love you and ever that a true story pops



U.S. Department of Justice

Federal Bureau of Prisons

---

*Office of the Chaplain*  MDC Brooklyn, NY

June 5, 2008

**MEMORANDUM FOR CENTRAL FILE**

FROM:             Loren VanGalder, Chaplain

SUBJECT:          Johnny Walters (60323-054)


Inmate Walters has been a regular participant in religious services at MDC Brooklyn.